UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FELTS,<br><br>　　　　　　Plaintiff(s),<br>　v.<br><br>UNITED PARCEL SERVICE INC, et al.,<br><br>　　　　　　Defendant(s). | CASE NO. C25-cv-0285-KKE<br><br>ORDER DENYING STIPULATED PROTECTIVE ORDER |

This matter comes before the Court on the parties' stipulated motion for a protective order. Dkt. No. 19. The motion does not comply with Local Civil Rule 26(c)(2), which requires that if parties file a proposed stipulated protective order that departs from this district's model protective order, they "must provide the court with a redlined version identifying departures from the model." The parties' motion (Dkt. No. 19) is therefore DENIED without prejudice, subject to re-filing in compliance with Local Civil Rule 26(c)(2).

Dated this 12th day of November, 2025.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER DENYING STIPULATED PROTECTIVE ORDER - 1