UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FELTS, | CASE NO. C25-cv-0285-KKE |
| Plaintiff(s), | ORDER GRANTING STIPULATED CONTINUANCE |
| v. | |
| UNITED PARCEL SERVICE INC, et al., | |
| Defendant(s). | |

The parties stipulated to a continuance of the trial date and case schedule.  Dkt. No. 25. The Court finds good cause to support a continuance, and therefore GRANTS the parties' stipulated motion to continue the trial date and related deadlines, and amends the case schedule as follows:

| Case Event | Current Date | New Date |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) due | 02/17/2026 | 09/15/2026 |
| All motions related to discovery must be filed by | 03/18/2026 | 10/14/2026 |
| Discovery must be completed by | 04/17/2026 | 11/13/2026 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (see LCR 7(d)). Such motions must be noted for consideration no later than 28 days after this date (see LCR 7(d)). | 05/18/2026 | 12/14/2026 |
| Settlement conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 07/16/2026 | 02/11/2027 |

ORDER GRANTING STIPULATED CONTINUANCE - 1

| | | |
|---|---|---|
| Proposed jury instructions and agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields | 08/24/2026 | 03/22/2027 |
| Trial briefs, joint brief on motions in limine, proposed voir dire questions, and deposition designations due | 08/31/2026 | 03/29/2027 |
| TRIAL DATE | 09/14/2026 | 04/12/2027 |

All unexpired deadlines set forth in the previous case schedule (Dkt. Nos. 18) are VACATED.

Dated this 13th day of March, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED CONTINUANCE - 2