UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FELTS,

                Plaintiff(s),

    v.

UNITED PARCEL SERVICE INC, et al.,

              Defendant(s).

CASE NO. C25-0285-KKE

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

(1)  On May 11, 2026, counsel for Plaintiff filed a motion to withdraw as the attorney of record.  Dkt. No. 29.  Later that same day, counsel for Plaintiff re-filed the same motion, which was amended to reflect Plaintiff's current address.  Dkt. No. 31 at 2 n.1.  The Clerk is directed to STRIKE the initially-filed motion to withdraw (Dkt. No. 29), as it is duplicative of the amended motion (Dkt. No. 31).

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 22nd day of May 2026.

MINUTE ORDER - 1

Joshua C. Lewis

Clerk

/s/ Alejandro Pasaye Hernandez
Deputy Clerk

MINUTE ORDER - 2