UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER FELTS,

                    Plaintiff(s),

        v.

UNITED PARCEL SERVICE INC, et al.,

                    Defendant(s).

CASE NO. C25-0285-KKE

ORDER GRANTING MOTION FOR
LEAVE TO WITHDRAW AS COUNSEL

Counsel for Plaintiff Christopher Felts filed a motion for leave to withdraw representation due to an "adversarial relationship between counsel and Plaintiff." Dkt. No. 31. The motion is not opposed.

The local rules of this district set out the procedure by which attorneys may withdraw:

> No attorney shall withdraw an appearance in any case, civil or criminal, except by leave of court, unless the withdrawal complies with the requirements of subsections (b)(2) or (b)(3). … The attorney will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case[.]

Local Rules W.D. Wash. LCR 83.2(b)(1). Whether to grant an attorney's motion to withdraw is committed to the trial court's discretion. *See John v. Quality Loan Serv. Corp. of Wash.*, 857 F. App'x 943, 943 (9th Cir. Sep. 3, 2021). If, as here, "withdrawal will leave a party unrepresented, the motion to withdraw must include the party's address and telephone number." LCR 83.2(b)(1).

In this case, Plaintiffs' counsel have complied with the technical requirements of LCR 83.2(b). *See* Dkt. No. 31. Because it was filed well over sixty days before the discovery cutoff in

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL - 1

this case, the motion is timely. *See* LCR 83.2(b)(1). Thus, the Court GRANTS Plaintiff's counsel's motion to withdraw, effective June 5, 2026. Plaintiff's former counsel are ORDERED to email and mail a copy of this order to Plaintiff.

Dated this 5th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL - 2