THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER FELTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC. and JASON HELL, and the marital community thereof,<br><br>Defendant. | Case No. 2:25-cv-00285-KKE<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR: July 27, 2026 |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

1) All claims and counterclaims in the above captioned case shall be DISMISSED WITH PREJUDICE; and,

2) Each party shall bear its own costs and fees.

//

//

//



MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

SO STIPULATED this ____ day of July, 2026.

**Plaintiff, *Pro Se***

________________________________
Christopher Felts
Plaintiff, *Pro Se*
Phone: (205) 593-5333
Email: cfelts25@gmail.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
Hannah Talmage, WSBA #60232
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
hannah.talmage@morganlewis.com

*Attorneys for Defendants United Parcel Service, Inc. and Jason Hell*

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case, including all claims and counterclaims, is hereby dismissed with prejudice, without an award of costs or fees to any party. The Clerk is directed to administratively close this case.

Dated this 28th day of July, 2026.

Kymberly K. Evanson
United States District Judge

*Presented by:*

**Plaintiff, *Pro Se***

________________________________

Christopher Felts
Plaintiff, *Pro Se*
Phone: (205) 593-5333
Email: cfelts25@gmail.com

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*

Molly A. Terwilliger, WSBA #28449
Hannah Talmage, WSBA #60232
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com
hannah.talmage@morganlewis.com

*Attorneys for Defendants United Parcel Service, Inc. and Jason Hell*